UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH A. JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security Administration,<br><br>                    Defendant. | CASE NO.     C07-5298FDB<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br>AND AFFIRMING<br>ADMINISTRATIVE DECISION |

      The Magistrate Judge issued a Report and Recommendation that this Court affirm the Administration's final decision. Plaintiff, whose past work is as a secretary and administrative assistant, took early retirement. Plaintiff filed for disability benefits alleging that she has been disabled since May 1, 1995, the year she last worked. She alleges disability due to degenerative disc disease and bipolar disorder.

      The first application in this case began when she filed her application on August 9, 1997. The ALJ's denial was appealed, this Court adopted Magistrate Judge Weinberg's Report and Recommendation, and the Ninth Circuit affirmed the decision on October 28, 2003.

      A second application was filed protectively on July 24, 2002. The ALJ ultimately denied the application, and the Appeals Council denied request for review on May 22, 2007. Plaintiff now brings this action for review of the Administrations final decision denying benefits citing errors as follows: 1. Incorrect application of the doctrine of *res judicata*; 2. ALJ's conduct at the hearing violated Plaintiff's due

process rights; and 3. ALJ failed to conduct a full and fair *de novo* hearing.  These errors were addressed by the Magistrate Judge who filed a Report and Recommendation reflecting a thorough examination of the record and the parties' contentions and arguments.  Plaintiff has filed objections to the Report and Recommendation.

The Court has reviewed the record, examined the arguments on the various cited errors, and concludes that Administration's decision must be affirmed for all the reasons set forth by the Magistrate Judge.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation,  and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is AFFIRMED; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 23rd day of May 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE