# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDITH A JOHNSON            JUDGMENT IN A CIVIL CASE

       v.

MICHAEL J ASTRUE           CASE NUMBER: C07-5298FDB
Commissioner of Social Security Administration

       **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The administrative decision is AFFIRMED.

May 27, 2008                              BRUCE RIFKIN
                                                               Clerk

                                                             s/ D. Forbes
                                                          By, Deputy Clerk