UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDITH A. JOHNSON,<br><br>        Plaintiff,<br><br>vs<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CV07-5298FDB<br><br><br><br>MINUTE ORDER |

NOW, on this 23rd day of February, 2010, the Court directs the Clerk to enter the following Minute Order:

Based upon Defendant's Motion and no objection by Plaintiff, the following deadline is extended:

Defendant's Response to Plaintiff's EAJA Motion is due no later than March 5, 2010.

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                  **/s/ Pat LeFrois**
                                  Pat LeFrois
                                  Courtroom Deputy