# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDITH A. JOHNSON

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5298FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Attorney's Fees, Costs, and Expenses (Dkt. #30) is **GRANTED**.

Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $22,700.63, costs in the sum of $565.40, and expenses in the sum $104.40.


| March 16, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                    *s/CM Gonzalez*
                                                    Deputy Clerk